UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury B-09-2

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No.** 3:10cr63 (JCH) |
| **v.** | **Violations:** |
| **WILLIAM OEHNE** | **18 U.S.C. § 2251(a)**<br>**[Production of Child Pornography]** |
| | **18 U.S.C. §§ 2252A(a)(2)**<br>**[Distribution of Child Pornography]** |
| | **18 U.S.C. § 2**<br>**[Aiding and Abetting]** |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (18 U.S.C. § 2251(a) - Production of Child Pornography in the United States)

#### General Allegations

1.      At all times relevant to this Indictment, **WILLIAM OEHNE**, the defendant

herein, was a citizen of the United States, and resided from approximately May 2003 through

May 2007 in Fairfield County, Connecticut.

2.      At all times relevant to this Indictment, Victim #1, a minor who was born in 1995

(M.V.#1), resided in Fairfield County, Connecticut.

1

3.      At all times relevant to this Indictment, **WILLIAM OEHNE**, the defendant herein, did employ, use, persuade, induce, entice, and coerce "M.V. #1", whose true identity is known to the Grand Jury and who was approximately eight years old when the abuse began, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct.

4.      At all times relevant to this Indictment, **WILLIAM OEHNE,** the defendant herein, used various means and methods to produce the sexually explicit visual depictions of M.V. #1 including: (1) encouraging M.V. #1 to be photographed while **OEHNE** engaged her in sexually explicit conduct;  (2) engaging M.V.#1 in a lengthy grooming process involving trickery and threats; and (3) enticing M.V. #1 to engage in sex acts by promising her gifts of clothes and electronics.

5.      From in or about 2004 to in or about 2006, in the District of Connecticut and elsewhere, **WILLIAM OEHNE**, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, M.V. #1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions (i) the defendant knew and had reason to know would be transported in interstate and foreign commerce; (ii) were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce; and (iii) were actually transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

2

## COUNT TWO
### (18 U.S.C. § 2252A(a)(2) - Distribution of Child Pornography)

6.      The factual allegations set forth in paragraphs 1- 4 of Count One are repeated and

re-alleged as if set forth fully herein.

7.      From in or about 2004 until in or about 2006, in the District of Connecticut and

elsewhere, **WILLIAM OEHNE**, the defendant herein, did knowingly distribute child

pornography, as defined in Title 18, United States Code, Section 2256(8), by mailing, shipping,

and transporting in  interstate commerce, via the internet, an interstate facility, by any means,

including by computer, as defined in Title 18 United States Code Section 2256 (6).

In violation of Title 18, United States Code, Sections 2252A (a)(2) and 2.

A TRUE BILL

/s/
FOREPERSON


NORA R. DANNEHY
UNITED STATES ATTORNEY


ALINA P. REYNOLDS
SUPERVISORY ASSISTANT U.S. ATTORNEY


KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY

3