# USA v. OEHNE

# EXHIBIT A

# REFERENCE LETTERS

<u>Letters from</u>:
Marianne Oehne
Christopher Oehne
Robert W. Vincenzi
Augusta Vincenzi
Christine Branham

May 24th, 2011

Mr. Frank Riccio, Attorney at Law.
923 East Main St.
Bridgeport CT 06608.

Dear Mr. Riccio.

My children and I deeply regret that we cannot be with Bill on the day he will be sentenced. Please know that he has our support, no matter what the outcome. We all love him, and care for him. please let him know this.

We know you did your best to defend him, and we thank you for your hard work.

Having had a chance to meet with my son, and talk to him, I am sure you know that he is not a horrible person.

Thank you again for all you have done.

Sincerely
Marianne Oehne

May 24-2011

To the Honorable Judge Jeanette C. Hall.

Your Honor,

I am Marianne Oehne, born ▮ 1929. William K. L. Oehne, born ▮, 1961 is my son.

My Family and I understand that William will be sentenced on May 31st 2011 for certain wrongdoings he is being accused of.

I deeply regret not being there for him, when he needs his mother most to support him. I am in poor health, and was advised by my Dr. not to make the trip to Connecticut. All of his siblings live in different States, and because of thier work are unable to be with him.

Please know, that I love my son, as do his sisters. Our thoughts and prayers will be with him on the 31st and always.

Your Honor, my son is not the horrible person some people may want to believe. Those who know him personnaly will remember a person who has a heart of gold, and would never hurt any one intentionally. He would always be the first one to help when help was needed.

Your Honor, we know it is your duty to uphold the law, and we will respect your ruling no matter what the outcome may be.

May the Lord guide and bless you.

Thank you for taking the time to read this letter.

I remain sincerely
Marianne Oehme.

Christopher Oehne

████████████

Amissville, VA 20106
Regarding William K. Oehne
May 4, 2011

The Honorable Judge Janet C. Hall
State of Connecticut District Court

Dear Judge Hall,

  To first introduce myself, my name is Christopher Oehne. I am writing you in regards to William K. Oehne. My relationship to William is that he is my father. I am a culinary arts student and a Chef in Northern Virginia. I have worked hard in my career in the culinary field and I attribute much of my success and dedication to my father. He has guided me on the right track my whole life and he has been there for me up until and thought his incarceration. Growing up, my father was always there for me giving me guidance as a youth. He went to work everyday like all men should to support a family. The current situation with my father William has made things difficult on me as well as others in my family to say the least. He has always been a role model and has been a wonderful father figure and he still continues to do so through these current circumstances. I know deep down it is not easy for him to do this being in the position he is in, but it shows me that he really is a good man. I can only write this letter in hopes that you will see the good in him as well. I spent much of my life growing up with my father by my side. He taught me how to be a man and was always there for me through thick and thin. To not have my father around for me now is the hardest thing I've ever had to go through. Not only did I lose my dad, but also I lost my best friend. William was the best man at my wedding because he has shown me so much thought my lifetime. I understand that he is not incarcerated at the present time for no reason at all and this makes things all the more difficult for me. The nature of his case is a serious one and I can only be there for him now with moral support. He is far away in Connecticut and I have only seen my father once, briefly, in the last two years. To be honest I've become a widow of a living man. Him and I have both discussed the time he might be facing in custody and it really is hard to even think about. These past two years without him here have been extremely hard and the road seems to only get longer. It is even tougher to think about myself having children and know that they truly wont know their grandfather until he is no longer incarcerated. Even for myself today it has become so hard to maintain a relationship with William just through letters and expensive phone calls. He has turned to religion and just wants to serve his time so he can get back to living life the proper way.  In closing, I ask for leniency on my father, the day of his sentencing for many reasons.  I truly know he is a good man.

Thank you,
Christopher Oehne

May 5, 2011

**State of Connecticut District Court**
**State of Connecticut Court Judge C. Hall**

Dear Judge Hall:

My name is Robert W. Vincenzi I am a retired Federal employee. William Oehne married my daughter Christine in 1984. I have known William since 1983. Although William and Christine divorced in 2000 we have seen William on many occasions. William was always well behaved.

William was a great friend as well as a father to his son Christopher. I can recall William never missing a baseball game in which his son Christopher participated. Christopher, Williams son is a well adjusted young man, due to have earned his collage degree this year. Christopher holds his father William in very high regard.

Our entire family was both sadden and shock to hear of the crime that William was involved in; it is out of character to say the least. I hope the court will take into account Williams's entire life which includes being a good father, compassionate and supporter of his mother and sister.

I requested mercy be considered in Williams sentencing

Thank you for this opportunity to express myself on behalf of William

Sincerely
*[signature]*
Robert W. Vincenzi,

May 5, 2011

State of Connecticut District Court
State of Connecticut District Court Judge C. Hall

Dear Judge Hall:

Allow me the opportunity to first introduce my self. My name is Augusta Vincenzi, I am a retired Hair Salon Assistant Manager. William Oehne was married to my daughter Christine Branham for sixteen years. William in addition to being my ex son in law is also father to my grandson Christopher W. Oehne. William and Christine divorced in 2000, however my husband Robert and I have continued to have a relationship with William. So our family has known William for many years.

William and Christine lived with my husband and me for three years when we moved to VA in 1987. Seeing they were a young couple with a son we wanted to help them, and in turn they helped us. William was a handy young man and did many things to help us in our new home.

Williams mother Maryanne Oehne and his sister Judy live in VA also. Williams mother is in her eighties and Williams absents has been a great lost to her as well as Sister Judy. Christopher Williams's son feels the absence of his Dad tremendously. Taking into account that William is imprisoned in Connecticut the distance is tremendous to even visit him

I understand William has pleated guilty, I have little doubt it is extremely hard to spend each day in a prison cell. I know William has turned to prayer.

I ask of you Judge Hall that in placing sentence upon William the court be merciful
My sincere thank you for your time


Sincerely
*Augusta Vincenzi*
Augusta Vincenzi

Judge Janet C. Hall
Regarding: William K. Oehne

May 3, 2011

Christine Branham

Woodbridge, Virginia 22192

State of Connecticut District Court
District Court Judge C. Hall

Dear Judge Hall:

I am writing this letter in defense of a prisoner you will be sentencing shortly. My name is Christine Ann Branham, I am the Ex wife of William Karl Oehne and the mother of his only son. After discussing this matter with his family and his lawyer I would like and hope that I can explain to you how much Bill is loved, needed and trusted by his family and friends on the outside. Although Bill and I have been separated for several years, we have always remained good friends. We have raised a beautiful stable child whom is now grown, almost finished with a bachelor's degree and well adjusted. My main concern your honor, is our son Christopher William Oehne. Christopher and his father are very close, this whole mess Bill has gotten himself into has been devastating on the family. I worry that I may have grandchildren someday all alone. I realize that things happen in life, Bill could have passed but he is not dead, he is very much alive and my thoughts are with him constantly. Although the crime he has committed holds a strong sentence, I wanted to take this time to be truthful and honest with you. Knowing Bill as a husband and a friend since a young age we have been through many of ups and downs, times in sickness and health, good and bad. We have known each other for about 30 years, very well and that is the reason I am taking this time to explain to you. I realize the charges and the time he is facing, I know the mother and the victim. There is nothing that I can do to make what he did go away, but I truly feel this nothing he has done in the passed and nothing he will do in the future. In my mind it may have been a mistake, a moment of weakness. He actually is a strong supportive, healthy adult. I do feel he should serve sometime, possibility receive counseling from a priest, clergy or mental health counselor. I do not feel he is a monster that needs to be thrown behind bars for life. Bill for the most part is a talented individual, smart, and artistic, I just think he made a big mistake. I ask your honor to please consider this as a plea when setting his sentence. He is a good man and we miss him. I request your leniency, if at all possible. Thank You for your time and understanding.

Sincerely,

Christine Ann Branham

Christine Branham