William K. Oehne

#34898-183

USP Tucson

PO Box 24550

Tucson, Az. 85734-4550


Frank Riccio II

923 E. Main St.

Bridgeport, Ct. 06804


04/06/2012


Dear Frank:

      I am writing you today to request the transcript from the "arrest audio" hearing, for want of a better term, and copies of all the emails attorney Patel sent you in regards to this matter. I am also still waiting for the list of items in my discovery that you said you would provide. At this time, I would also like to request copies of all the agents notes, and copies of the inventory of evidence seized from my residence. Also, please advise me as to the status of the direct appeal. Your prompt attention to this matter is expected and appreciated.


                                      Sincerely,

                                      *[signature: WK Oehne]*

                                 William K. Oehne

William Oehne #34898-183
USP Tucson
PO Box 24550
Tucson, AZ. 85734-4550

Frank Riccio II
923 East Main St.
Bridgeport, CT. 06804

Dear Frank:                                                9/24/2012
     Please let me know the status of me direct appeal, my wife has been trying to reach you for the same reason and her calls have gone unheeded. Let me know if it's set for oral arguments, and if so, when. Also please send me document numbers **44** and **49** from the docket sheet. I also need the transcript of the 40 minute conference we held on the arrest audio on the date of **4-28-11**.
     Please get back to me as soon as you are able.

                          Sincerely,

                          William K. Oehne

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-D-B

---

FROM: 34898183
TO: Riccio, Frank
SUBJECT: RE: Correspondence I am sending out today
DATE: 10/26/2012 07:34:21 PM

Frank,
If you could please send me the transcript of the 40 minute conference we held in front of Judge Hall on 4-28-2011 in reference to the audio made the day of my arrest, and could you also send me the affadavit from Agt Chrisley that was submitted that day. I do realize that if you send these items it will be as a courtesy and I will appreciate that.
Thanks, looking forward to receiving same, and the other items you referenced
Bill
-----Riccio, Frank II on 10/26/2012 2:30 PM wrote:

>

Hi Bill -

As I noted in my prior email, I am sending you a letter in today's mail that contains yesterday's decision and the other materials you requested. Here I want to provide you with the text of the letter I just put in the mail so that you know what I placed in it:

"Dear Bill:

Enclosed please find the following:
1.     A copy of yesterday s decision from the Second Circuit Court of Appeals.
2.     A copy of the Government s brief (as you indicated you may not have rec d it).

As you can see, this decision is not a favorable one. I need to inform you in writing of your right to file a petition for writ of certiorari with the United States Supreme Court.

Given the state of the law in this field (which I personally disagree with), it is my opinion that the likelihood of success in obtaining such a writ is extremely low. Notwithstanding that position, if I am requested to do so, I will file the petition to the U.S. Supreme Court for certiorari.

For your information, despite your directive to file a writ, if I have reasonable grounds to believe that a petition for certiorari would have no likelihood of success, the CJA attorney may file with this Court a motion to be relieved and serve a copy on the CJA client and other counsel within ten days of the filing of an adverse decision of this Court. If the Court relieves the CJA attorney, he or she shall, within 48 hours after such motion is granted, so advise the CJA client in writing and inform the CJA client concerning the procedures for filing a petition for a writ of certiorari pro se.

Lets talk via CORRLINKS about this."

Get in contact with me after you obtain the materials in the mail.

Frank

---

Frank J. Riccio II, Esq.
The Law Offices of Frank J. Riccio LLC
923 East Main Street
PO Box 491
Bridgeport, CT 06601
Phone # (203) 333-6135
Facsimile # (203) 333-6190
Email: fricciojd@aol.com
Site: http://www.ricciolaw.com

CONFIDENTIALITY NOTICE: This email is from The Law Offices of Frank J. Riccio LLC, a law firm, and may contain information that is confidential or privileged. It is intended only for the use of the intended recipient. If you are not the intended recipient, do not read, copy or disseminate this email or any attachment. Instead, please notify the sender immediately by

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-E-B

---

FROM: 34898183
TO: Riccio, Frank
SUBJECT: RE: Correspondence I am sending out today
DATE: 10/30/2012 10:33:26 AM

Frank,
Please file the Writ of Certiorari. Sorry it took me so long to get back to you, i just re-upped my funds on Corlinks so I should be good for awhile.
Thanks,
Bill
-----Riccio, Frank II on 10/26/2012 2:30 PM wrote:

>

Hi Bill -

As I noted in my prior email, I am sending you a letter in today's mail that contains yesterday's decision and the other materials you requested. Here I want to provide you with the text of the letter I just put in the mail so that you know what I placed in it:

"Dear Bill:

Enclosed please find the following:
1.      A copy of yesterday s decision from the Second Circuit Court of Appeals.
2.      A copy of the Government s brief (as you indicated you may not have rec d it).

As you can see, this decision is not a favorable one. I need to inform you in writing of your right to file a petition for writ of certiorari with the United States Supreme Court.

Given the state of the law in this field (which I personally disagree with), it is my opinion that the likelihood of success in obtaining such a writ is extremely low. Notwithstanding that position, if I am requested to do so, I will file the petition to the U.S. Supreme Court for certiorari.

For your information, despite your directive to file a writ, if I have reasonable grounds to believe that a petition for certiorari would have no likelihood of success, the CJA attorney may file with this Court a motion to be relieved and serve a copy on the CJA client and other counsel within ten days of the filing of an adverse decision of this Court. If the Court relieves the CJA attorney, he or she shall, within 48 hours after such motion is granted, so advise the CJA client in writing and inform the CJA client concerning the procedures for filing a petition for a writ of certiorari pro se.

Lets talk via CORRLINKS about this."

Get in contact with me after you obtain the materials in the mail.

Frank

---

Frank J. Riccio II, Esq.
The Law Offices of Frank J. Riccio LLC
923 East Main Street
PO Box 491
Bridgeport, CT 06601
Phone # (203) 333-6135
Facsimile # (203) 333-6190
Email: fricciojd@aol.com
Site: http://www.ricciolaw.com

CONFIDENTIALITY NOTICE: This email is from The Law Offices of Frank J. Riccio LLC, a law firm, and may contain information that is confidential or privileged. It is intended only for the use of the intended recipient. If you are not the intended recipient, do not read, copy or disseminate this email or any attachment. Instead, please notify the sender immediately by telephone at (203)333-6135 or by email and permanently delete this email and any attachments. The text of this e-mail is

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-D-B

---

FROM: 34898183
TO: Riccio, Frank
SUBJECT: Please Read:
DATE: 12/08/2012 12:38:20 PM

Dear Frank:
Please give me and update on what is happening with the Writ of Certiorari, as I have not heard from you since my email of 10-30-12 in which I asked you to file it. Also, I still have not received the documents I requested in 2 certified letters (sent 1-23-12 and 9-27-12), one letter (sent 4-6-12) and an email (sent 10-26-12). In your letter dated 2-3-12 you stated "I will be happy to provide anything you may need." As such is the case I will make my request again.
Can you please send copies of the following ESPECIALLY:

1. A transcript of the 40 minute conference held on 4-28-12 in front of Judge Hall
2. Officer Chrisley's affidavit submitted in reference to the arrest audio (again, during the 40 min. conference)
3. Copies of Krishna Patel's emails to you (that you showed me during your visit on 4-25-12 to Bridgeport CCC) denying there was ever an arrest audio
4. Order granting Motion for Protective order (docket #49)
5. Statements made to law enforcement officers and others
6. Affidavit supporting the application for search warrant
7. Search warrant (altough I gave consent to search I was told by officer Chrisley that "a search warrant is on the way"
8. Agents notes
9. 404 evidence
10. Memorandum in opposition by USA (docket #44)
11. Memorandum in support of admission of 414 evidence by USA (docket # 75)
12. Brady, Jencks, and Franks material
13. Any material that you would normally hand over to an attorney who was succeeding you in a case.

Basically, I'm asking that you send copies of all documents produced during discovery and any info/documents that you believe may be helpful but has not yet been produced in document form. I am anticipating that I will be on my own from here on out so your help in this matter will be most appreciated. I look forward to hearing from you and receiving all the documents I've requested. Feel free to contact me via Corlinks,
Thanks,
Bill

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-D-B

---

FROM: Riccio, Frank
TO: 34898183
SUBJECT: RE: Please Read:
DATE: 12/09/2012 09:30:05 AM

Hi Bill. I am happy to hear from you because I have not heard from you in some time. Truth be told, I never received your 10/30/12 email requesting that the writ be filed. The last communication i had with you was sending you a copy of the decision along with a description of your options.

At this point, the mandate has entered which essentially prevents a writ to be filed. With that said, I am taking this as a request or the writ to be files. As today is Sunday, I cannot do much now but I will contact the appellate court tomorrow AM on this and see what we can do.

As far as the discovery requests are concerned, let me know if I can supply you this material on a CD which would require you have access I a computer terminal. It may be easier to manage a CD than loads of paper.

-- Frank


OEHNE, WILLIAM on 12/8/2012 4:05:15 PM wrote

Dear Frank:
Please give me and update on what is happening with the Writ of Certiorari, as I have not heard from you since my email of 10-30-12 in which I asked you to file it. Also, I still have not received the documents I requested in 2 certified letters (sent 1-23-12 and 9-27-12), one letter (sent 4-6-12) and an email (sent 10-26-12). In your letter dated 2-3-12 you stated "I will be happy to provide anything you may need." As such is the case I will make my request again.
Can you please send copies of the following ESPECIALLY:

1. A transcript of the 40 minute conference held on 4-28-12 in front of Judge Hall
2. Officer Chrisley's affidavit submitted in reference to the arrest audio (again, during the 40 min. conference)
3. Copies of Krishna Patel's emails to you (that you showed me during your visit on 4-25-12 to Bridgeport CCC) denying there was ever an arrest audio
4. Order granting Motion for Protective order (docket #49)
5. Statements made to law enforcement officers and others
6. Affidavit supporting the application for search warrant
7. Search warrant (altough I gave consent to search I was told by officer Chrisley that "a search warrant is on the way"
8. Agents notes
9. 404 evidence
10. Memorandum in opposition by USA (docket #44)
11. Memorandum in support of admission of 414 evidence by USA (docket # 75)
12. Brady, Jencks, and Franks material
13. Any material that you would normally hand over to an attorney who was succeeding you in a case.

Basically, I'm asking that you send copies of all documents produced during discovery and any info/documents that you believe may be helpful but has not yet been produced in document form. I am anticipating that I will be on my own from here on out so your help in this matter will be most appreciated. I look forward to hearing from you and receiving all the documents I've requested. Feel free to contact me via Corlinks,
Thanks,
Bill

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-D-B

---

FROM: 34898183
TO: Riccio, Frank
SUBJECT: RE: RE: Please Read:
DATE: 12/09/2012 03:40:33 PM

Frank,
I'll send you a copy of the email in which I asked you to file the writ, I don't understand why you never got it because it was sent on 10-30-2012 at 10:32am. I don't think a cd will work as I have no access to a computer here, you may have to send the documents in paper form. You can print 4 to a page, I have no problem reading them in that format. Please let me know what happens with the appealate court.
Thanks,
Bill
-----Riccio, Frank II on 12/9/2012 9:30 AM wrote:

>

Hi Bill. I am happy to hear from you because I have not heard from you in some time. Truth be told, I never received your 10/30/12 email requesting that the writ be filed. The last communication i had with you was sending you a copy of the decision along with a description of your options.

At this point, the mandate has entered which essentially prevents a writ to be filed. With that said, I am taking this as a request or the writ to be files. As today is Sunday, I cannot do much now but I will contact the appellate court tomorrow AM on this and see what we can do.

As far as the discovery requests are concerned, let me know if I can supply you this material on a CD which would require you have access I a computer terminal. It may be easier to manage a CD than loads of paper.

-- Frank

OEHNE, WILLIAM on 12/8/2012 4:05:15 PM wrote

Dear Frank:
Please give me and update on what is happening with the Writ of Certiorari, as I have not heard from you since my email of 10-30-12 in which I asked you to file it. Also, I still have not received the documents I requested in 2 certified letters (sent 1-23-12 and 9-27-12), one letter (sent 4-6-12) and an email (sent 10-26-12). In your letter dated 2-3-12 you stated "I will be happy to provide anything you may need." As such is the case I will make my request again.
Can you please send copies of the following ESPECIALLY:

1. A transcript of the 40 minute conference held on 4-28-12 in front of Judge Hall
2. Officer Chrisley's affidavit submitted in reference to the arrest audio (again, during the 40 min. conference)
3. Copies of Krishna Patel's emails to you (that you showed me during your visit on 4-25-12 to Bridgeport CCC) denying there was ever an arrest audio
4. Order granting Motion for Protective order (docket #49)
5. Statements made to law enforcement officers and others
6. Affidavit supporting the application for search warrant
7. Search warrant (altough I gave consent to search I was told by officer Chrisley that "a search warrant is on the way"
8. Agents notes
9. 404 evidence
10. Memorandum in opposition by USA (docket #44)
11. Memorandum in support of admission of 414 evidence by USA (docket # 75)
12. Brady, Jencks, and Franks material
13. Any material that you would normally hand over to an attorney who was succeeding you in a case.

Basically, I'm asking that you send copies of all documents produced during discovery and any info/documents that you believe may be helpful but has not yet been produced in document form. I am anticipating that I will be on my own from here on out so your help in this matter will be most appreciated. I look forward to hearing from you and receiving all the documents I've requested. Feel free to contact me via Corlinks,
Thanks,
Bill

TRULINCS 34898183 - OEHNE, WILLIAM KARL - Unit: TCP-D-B

----

FROM: 34898183
TO: Riccio, Frank
SUBJECT: a request
DATE: 12/11/2012 11:27:49 AM

Frank:
Today I am sending you a copy of the email dated 3-30-12 in which i asked you to file the Writ of Certiorari. Obviously, I am not an attorney but may I suggest that you file an 'out of time' motion or such, or whatever you deem neccessary to correct this situation? Also, could you please make sure you send me the documents I requested, especially the first three items on the list. Thanks and I look forward to hearing from you....
Bill

FRANK:  12-12-12

    ENCLOSED YOU WILL FIND A COPY OF THE EMAIL DATED 10-30-12 IN WHICH I ASKED YOU TO FILE THE WRIT OF CERTIORARI. I HOPE IT PROVES HELPFUL IN GETTING THINGS STRAIGHTENED OUT. LET ME KNOW WHAT IS GOING ON VIA CORLINKS.

    I ALSO ENCLOSED THE LIST OF DOCUMENTS I NEED, PLEASE GET THEM TO ME AT YOUR EARLIEST CONVENIENCE.

    THANKS AND I APPRECIATE ALL YOUR HELP.

        SINCERELY,
        BILL

WILLIAM OEHNE #34898-108
USP TUCSON  PO BOX 24550
TUCSON, AZ  85734-4550